# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134445
134446

ERIC A. BRAVERMAN, Successor Personal
Representative of the Estate of Patricia Swann,
Deceased,

        Plaintiff-Appellee,

v

GARDEN CITY HOSPITAL, a/k/a GARDEN
CITY HOSPITAL, OSTEOPATHIC,

        Defendant,

and

JOHN R. SCHAIRER, D.O., GARY
YASHINSKY, M.D., ABHINA V. RAINA, M.D.,
and PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC.,

        Defendants-Appellants.

_____

SC: 134445, 134446
COA: 264029, 264091
Wayne CC: 05-502345-NH

On order of the Court, the motion by plaintiff-appellee to strike the brief on appeal of Garden City Hospital is considered, and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2008

_____
Clerk